IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CLV | * | |
| | * | |
| v. | * | Civil No. – JFM-16-939 |
| | * | |
| UNUM GROUP CORPORATION, ET AL. | * | |

******

## MEMORANDUM

Plaintiff has filed a motion to remand this action to the Circuit Court for Howard County, Maryland. The case involves a dispute as to whether plaintiff is entitled to disability benefits. It is undisputed that the basis for removal was the diversity of citizenship between plaintiff and defendants. Plaintiff claims damages in the amount of $27,600.00 for "accrued and unpaid disability benefits," additional benefits "as accrued during the pendency of this action prior to the entry of judgment," and "anticipatory damages for all future disability benefits that will accrue after January 2016." The amount of the future disability benefits exceeds $75,000.00.

The motion to remand will be granted. In *Beaman v. Pacific Mutual Life Insurance Co.*, 369 F.2d 653 (4th Cir. 1996), the Court held that in a disability benefits case, the amount in controversy is the amount of accrued benefits as of the commencement of the case. The amount in controversy does not include future benefits that may accrue after the commencement of the case.

A separate order of remand is being entered herewith.

Date: _____      _____
J. Frederick Motz
United States District Judge